# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:  RONALD RAY DAGGETT  
       SHERYL ANN DAGGETT  
    Debtor(s)

Case No.: 12-18774-B-13F

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michael H. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  10/18/2012.
2) The plan was confirmed on  03/04/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  03/18/2013.
5) The case was converted on  04/09/2013.
6) Number of months from filing or conversion to last payment:  5.
7) Number of months case was pending:  7.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  42,012.64.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $9,975.08 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $9,975.08 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $448.87 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $448.87 |
| Attorney fees paid and disclosed by debtor: | $3,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE NA | Other | NA | .00 | .00 | .00 | .00 |
| CAPITAL ONE NA | Unsecured | 379.00 | 370.78 | 370.78 | .00 | .00 |
| DEPARTMENT STORES NATIONAL BANI | Unsecured | 299.00 | 298.57 | 298.57 | .00 | .00 |
| DEPARTMENT STORES NATL BK | Unsecured | 7,398.00 | 7,397.88 | 7,397.88 | .00 | .00 |
| FRANCHISE TAX BOARD | Priority | 1,293.00 | 1,292.79 | 1,034.23 | .00 | .00 |
| FRANCHISE TAX BOARD | Secured | 55,000.00 | 54,167.94 | 54,167.94 | 2,338.88 | 135.42 |
| FRANCHISE TAX BOARD | Secured | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Secured | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Secured | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Secured | 44,825.00 | 44,824.19 | 44,824.19 | 1,935.43 | 112.06 |
| FRANCHISE TAX BOARD | Secured | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Secured | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Secured | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Unsecured | NA | 258.56 | 258.56 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: RONALD RAY DAGGETT  
SHERYL ANN DAGGETT  
Debtor(s)

Case No.: 12-18774-B-13F

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| MARIE HARDIN | Unsecured | 9,827.21 | NA | NA | .00 | .00 |
| PITE DUNCAN LLP | Other | NA | .00 | .00 | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 529.00 | 510.61 | 510.61 | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 590.00 | 525.37 | 525.37 | .00 | .00 |
| TOM COLLINS CPA INC | Unsecured | 6,588.03 | 7,641.00 | 7,641.00 | .00 | .00 |
| UNION BANK | Secured | 104,650.00 | 104,513.09 | 104,513.09 | .00 | .00 |
| UNITED STATES TREASURY | Priority | 6,171.00 | 28,893.52 | 28,893.52 | .00 | .00 |
| UNITED STATES TREASURY | Secured | 161,704.00 | 259,126.64 | 109,557.64 | 4,730.53 | 273.89 |
| UNITED STATES TREASURY | Unsecured | NA | 120,675.48 | 120,675.48 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 104,513.09 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 208,549.77 | 9,004.84 | 521.37 |
| **TOTAL SECURED:** | 313,062.86 | 9,004.84 | 521.37 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 29,927.75 | .00 | .00 |
| **TOTAL PRIORITY:** | 29,927.75 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 137,678.25 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $448.87 |
| Disbursements to Creditors: | $9,526.21 |
| **TOTAL DISBURSEMENTS:** | $9,975.08 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 05/01/2013        By: /s/Michael H. Meyer  
　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.